**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No:** |
| | ) | |
| | ) | **Judge:** |
| **Plaintiff,** | ) | |
| **vs.** | ) | |
| **ROBERT A. JOHNSON**<br>**517 48TH STREET**<br>**SANDUSKY, OH 44870** | ) | |
| **Defendant.** | ) | |

# COMPLAINT

NOW COMES Plaintiff, the United States of America, by and through undersigned counsel, hereby sets forth its Complaint against the Defendant and states as follows:

## I. JURISDICTION AND VENUE

1. This court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

2. Defendant Robert A. Johnson (hereinafter 'Dr. Johnson') is an individual who upon information and belief maintains a primary residence in Erie County, Ohio within the territorial jurisdiction of this Court, and may be served process at 517 48th Street, Sandusky, Ohio 44870.

## II. COUNT ONE-ACTION FOR BREACH OF NATIONAL HEALTH SERVICE CORPS SCHOLARSHIP PROGRAM CONTRACT

3. Paragraphs 1 and 2 of the Complaint are hereby realleged as if fully rewritten herein.

4. Dr. Johnson submitted an application and signed a contract to participate in the National Health Service Corps Scholarship Program (hereinafter 'NHSC/SP'). On August 4, 1992 he was approved to receive a scholarship award for the 1992-1993; 1993-1994; and 1994-1995 school years. The funds received totaled $79,971.00 representing tuition fees, monthly stipends, and other reasonable educational costs. A true and accurate copy of the NHSC/SP Contract and Scholarship Disbursement is attached as **Exhibit A.**

5. The NHSC/SP was conditional upon Dr. Johnson serving one year of obligated service for each year of scholarship support, with a minimum obligation of two years full-time clinical service in a health professional shortage area assigned by the Department of Health and Human Services (hereinafter 'HHS').

6. On July 17, 2000, Dr. Johnson began employment at an approved NHSC site; Youngstown Community Health Center in Youngstown, Ohio and was later terminated with his last day of employment being September 29, 2000.

7. On September 24, 2001, Dr. Johnson participated in an employment interview with Cherry Street Health Services. On February 8, 2002, Cherry Street Health Services provided formal notice that he had not been selected for the position.

8. On November 5, 2002, Dr. Johnson was informed that he had been assigned to the Margaret B. Shipley Child Health Center in Canton, Ohio to complete his NHSC service obligation. He interviewed for the position but subsequently received military deployment orders for a 365-day period. He was granted a suspension of his service obligation from January 13, 2003 through January 12, 2004.

9. On August 4, 2009, Dr. Johnson notified the NHSC/SP of his military deployment rotations occurring between February 2003 and June 2008. On November 30, 2009, he advised the NHSC/SP of a forthcoming deployment scheduled to begin May 2010.

10. On December 8, 2015, Dr. Johnson was advised by an HHS Public Health Analyst that he had not complied with his service obligations. He was further advised of two (2) eligible sites with openings of which he may qualify so that he could comply with his contractual obligations. Dr. Johnson was provided 20 business days to obtain employment at either of the recommended sites, or any other eligible NHSC/SP site that met his program requirements, so to avoid a default of his service obligations. Dr. Johnson did not comply.

11. Dr. Johnson completed a total of 75 days of a 1095-day service obligation owed under the written contract. Therefore, Dr. Johnson did not fulfill his service obligation.

12. Pursuant to 42 U.S.C. 254o(b)(1), if a participant fails, for any reason, to begin or complete the period of obligated service, the participant must pay the United States an amount equal to three times the scholarship funds awarded, plus interest on such amounts, as if they were loans bearing interest at the maximum legal prevailing rate, proportionately reduced by the percentage of the period of obligated service performed by the participant. Payment of the damages shall be made within 1 year of the date the participant failed to begin or complete the period of obligated service, as determined by the Secretary. *See 42 U.S.C. 254o (b) (1).*

13. Dr. Johnson was advised that his account was placed in a default status. Demand has been made for payment of the indebtedness based on his breach of the NHSC-SP Contract. Dr. Johnson has neglected and failed to pay the same in full.

14. Following the application of partial payments, credits, and offsets in the amount of $1,115.72 that have been applied to the account, the debt owed to the United States of America is as follows:

| | |
|---|---|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $ 221,256.25 |
| B. Current Capitalized Interest Balance and Accrued Interest | $ 942,644.53 |
| C. Administrative Fee, Costs, Penalties | $ 0.00 |
| **Total Owed** | **$1,163,900.78** |

The Certificate of Indebtedness, attached as **Exhibit B**, shows the total amount due and owing on the account. The principal balance and interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after application of all prior payments, credits and offsets. Prejudgment interest accrues at the rate of 13.51% per annum. The interest accrues at $81.90 per day.

WHEREFORE, the United States of America prays for judgment:

a. For judgment in favor of the United States of America and against Defendant Robert A. Johnson for the sum of $1,163,900.78, plus statutory interest and penalty that continues to accrue from November 30, 2025;

b. An amount equal to the filing fee prescribed in 28 U.S.C. §1914 (a) pursuant to 28 U.S.C. §2412 (a) (2);

c. Any additional attorney's fees and costs incurred in this action; and

d. For such other relief as the Court deems just and proper

Date: 2-4-26

Respectfully submitted,

*/s/ Thomas L. Sooy, Esq.*

Thomas L. Sooy, Esq. (0087865)
The Law Offices of Robert A. Schuerger Co., LPA
Private Counsel, United States Department of Justice
1001 Kingsmill Parkway
Columbus, OH 43229
PH: 614-674-6902
Thomas.sooy@usdoj.gov
efiling@schuergerlaw.com
*Attorney for Plaintiff*